**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Carlos Ramirez,**

**Plaintiff,**

**-against-**

**Cachapas Y Mas Corp. et al.,**

**Defendants.**

**1:24-cv-09402 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This case contains one or more claims arising under the Fair Labor Standards Act. Following a telephone conference today with the parties, and for the reasons stated on the record, it is hereby ORDERED that, no later than Monday, August 31, 2026, Plaintiff shall file a stipulation of settlement to be so ordered, in accordance with the terms the parties discussed and agreed to during the telephone conference.

In light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than Monday, August 31, 2026, the parties also shall file a joint letter addressing whether the settlement is fair and reasonable. The joint letter or motion should explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s).

**SO ORDERED.**

Dated: New York, New York
August 24, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge